UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF THE INTERIOR,<br><br>Defendant. | Civil Action No. 24-3498 (CRC) |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order (May 27, 2025), Plaintiff National Shooting Sports Foundation and Defendant Department of State, by and through undersigned counsel, respectfully file this Joint Status Report ("JSR") regarding the status of this case and other related cases under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

24-3498: Defendant made its final response on or around January 30, 2025, and continues to prepare a *Vaughn* Index to provide Plaintiff at Plaintiff's request. The previous status report in this matter, filed May 5, 2025, indicated a Vaughn Index would be forthcoming in approximately two months (i.e., on or about July 5). Plaintiff has reserved the right to challenge the adequacy of Defendant's production.

25-1454 & 24-1456: Defendant has completed processing all parent emails that pertain to Plaintiff's FOIA requests. In March 2025, Plaintiff requested that Defendant process attachments to the emails. Defendant has begun processing the email attachments, made its first release of such materials in May 2025, and intends to make its next release by the end of this month. After that release, Defendant expects that it will have approximately 1,500 additional pages of attachments to process, and anticipates completing this processing by the end of September 2025. That estimate

does not factor in any need to seek other government agencies' consultation. Plaintiff has reserved the right to challenge the adequacy of Defendant's production(s) of records, and the parties anticipate discussing challenges once the Department finalizes its productions.

<u>24-1455</u>: Plaintiff challenged Defendant's denial of its request for expedited processing. In December 2024, Defendant completed its processing and sent Plaintiff a no-records response.

The parties propose that the Court direct them to file another JSR by September 29, 2025.

| | |
|---|---|
| Dated: June 27, 2025 | Respectfully submitted, |
| /s/ Matthew D. Hardin<br>Matthew D. Hardin, D.C. Bar No. 1032711<br>Hardin Law Office<br>101 Rainbow Drive # 11506<br>Livingston, TX 77399<br>Phone: (202) 802-1948<br>Email: MatthewDHardin@protonmail.com<br><br>*Attorneys for Plaintiff* | JEANINE FERRIS PIRRO<br>United States Attorney<br><br>By: /s/ Bradley G. Silverman<br>BRADLEY G. SILVERMAN<br>D.C. Bar #1531664<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2575<br>bradley.silverman@usdoj.gov<br><br>*Attorneys for the United States of America* |